

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN BURRELL | CIVIL ACTION NO. 07-2183-A |
| -vs- | JUDGE DRELL |
| CHRISSY CHATMAN, et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Document No. 5), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's requests for a temporary restraining order and a preliminary injunction (Document No. 3) are DENIED.

SIGNED on this 31 day of January, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE